# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FINANCIAL SERVICES VEHICLE TRUST, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> ADIR IONOV, <br><br> Defendant(s). | Case No. 2:12-cv-01577-GMN-NJK <br><br> ORDER DENYING MOTION FOR DEFAULT JUDGMENT WITHOUT PREJUDICE <br><br> (Docket No. 12) |

Pending before the Court is Plaintiff's motion for entry of default judgment.  Docket No. 12. The Court has now received a notice of a tentative settlement.  Docket No. 19.  Accordingly, the motion for default judgment is hereby DENIED without prejudice.

IT IS SO ORDERED.

DATED: January 6, 2014

_____
Nancy J. Koppe
United States Magistrate Judge